1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California 93721
   Telephone: (559) 237-6000
4
   Attorney for Defendant, VICTORIANO PACHECO
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9
10  UNITED STATES OF AMERICA,       )   CASE NO.  1:11-CR-00376 DLB
                                    )
11       Plaintiff,                 )
                                    )   **STIPULATION AND**
         v.                         )   **ORDER TO CONTINUE**
12                                  )   **STATUS CONFERENCE**
    VICTORIANO PACHECO,             )
13                                  )
         Defendant.                 )
14  _____)

15       The parties hereto, by and through their respective attorneys, stipulate and
16  agree that the status conference in the instant action, currently calendared for
17  June 11, 2012, be continued to July 23, 2012 at 1:00 p.m. in the courtroom of
18  the Hon. Dennis L. Beck.
19       It is anticipated that the defense counsel will be representing his client, in
20  a multi-defendant, multi-day hearing in Fresno County Superior Court.  Said
21  hearing is calendared to commence on June 8, 2011 and continue, until
22  completed, into the week of June 11, 2012.
23       Further, due to the need for a specialized interpreter, defense counsel has
24  been unable to meet with Mr. Pacheco to explain to him the offer of settlement
25  extended by the government.
26       The requested additional time will afford defense counsel an opportunity to
27  meet with Mr. Pacheco, discuss the offer and determine whether the case will be
28  resolved or set for trial.

                                          1

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

DATED:  June 7, 2012        /s/ Kimberly Sanchez
                            Assistant United States Attorney
                            **This was agreed to by Ms. Sanchez via email on June 6, 2012**

DATED:  June 7, 2012        /s/ Roger K. Litman
                            ROGER K. LITMAN
                            Attorney for Defendant
                            VICTORIANO PACHECO

IT IS SO ORDERED.

   Dated:   **June 7, 2012**              /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

2