ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, VICTORIANO PACHECO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00376 DLB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| VICTORIANO PACHECO, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference calendared for October 22, 2012, be continued to November 13, 2012 at 1:00 p.m.

The continuance is necessary as several of the defendants, including Mr. Bazante-Pacheco, submitted handwriting exemplars. Analysis of the samples will not be completed for another two to three weeks. Also, Mr. Shrayberman is unavailable due to the fact that he is presently involved in a jury trial which is anticipated to last into early December. The remaining defendants are in settlement discussions with the government.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

DATED: October 18, 2012         /s/ Kimberly Sanchez
                                Assistant United States Attorney
                                **This was agreed to by Ms. Sanchez
                                via email on September 17, 2012**

DATED: October 18, 2012         /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                VICTORIANO PACHECO

IT IS SO ORDERED.

Dated:   **October 19, 2012**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE