BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00376 LJO |
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| v. | (Fed. R. Crim. P. 48 (a)) |
| VICTORIANO BAZANTE PACHECO, | |
| Defendants. | |

**ORDER**

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to VICTORIANO BAZANTE PACHECO with prejudice.

IT IS SO ORDERED.

Dated:  **July 17, 2014**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

ORDER                                    1